# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

KEILA RAVELO

MAGISTRATE JUDGE: Michael A. Hammer

MAGISTRATE NO.: 14-6800

DATE OF PROCEEDINGS: 12/22/2014

DATE OF ARREST: _____

PROCEEDINGS: Initial Appearance and Bail Hearing

( ) COMPLAINT
(x) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:  __ AFPD  __ CJA
(x) WAIVER OF HRG.: _X_ PRELIM  __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(x) BAIL SET: $500,000
    ( ) UNSECURED BOND
    (x) SURETY BOND SECURED BY **CASH / PROPERTY**
(x) TRAVEL RESTRICTED ___NJ___
(x) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
(x) MENTAL HEALTH TESTING AND/OR TREATMENT
(x) SURRENDER &/OR OBTAIN NO PASSPORT
(x) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL:  __ COURT  __ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA  Andrew Kogan

DEFT. COUNSEL  Aidan O'Connor

PROBATION _____

INTERPRETER _____
    1. Language: (        )

Time Commenced: 3:50 p.m.
Time Terminated: 4:15 p.m.
CD No: ECR

_J. Baker_
DEPUTY CLERK