**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Michael A. Hammer |
| v. | |
| KEILA RAVELO | Magistrate No. 14-6080 (JAD) |
| | **ORDER** |

This matter having come before the Court upon the joint application of the defendant KEILA RAVELO, by her attorney Aidan P. O'Connor, Esq., and the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey, (Andrew Kogan, Assistant U.S. Attorney, appearing) for an order to restrain certain assets pending further order of this court; and for good and sufficient cause shown; *and it having been reported to the Court that all parties agree to entry of the within order;*

WHEREFORE, it is on this 31st day of December, 2014, ORDERED that:

Citibank shall:

    a.    take reasonable and effective steps to prohibit Defendant Keila Ravelo (SSN: ▮) from withdrawing, removing, assigning, transferring, pledging, encumbering, disbursing, dissipating, converting, selling or otherwise disposing of any asset from her account number ▮ such that it would cause the balance to go below $200,000 (hereinafter, the Citibank IRA Account") except as directed by further order of the Court; and

    b.    notify promptly Pretrial Services Officer Barbara Hutchinson of the United States Pretrial Services Agency for the District of New Jersey (973-645-

2230), Assistant United States Attorney Andrew Kogan, of the United States Attorney's Office for the District of New Jersey (973-645-2700), and Aidan P. O'Connor of Pashman Stein, P.C. (201-270-4940) if any person attempts to withdraw, remove, assign, transfer, pledge, encumber, disburse, dissipate, convert, sell, or otherwise dispose of any asset from the Citibank IRA Account which would cause the balance to fall below $200,000.

IT IS FURTHER ORDERED that defendant Keila Ravelo shall not, directly or through intermediaries, withdraw, remove, assign, transfer, pledge, encumber, disburse, dissipate, convert, sell, or otherwise dispose of any asset from the Citibank IRA Account specified in this order which would cause the balance to go below $200,000 without written approval from the Pretrial Services Agency or order of this Court.

IT IS FURTHER ORDERED that, after the return of the within Order from the Court, counsel for the defendant shall serve a copy of this order upon all interested parties and provide proof of service to the Pretrial Services Agency and the United States Attorney's Office.

_____
HON. MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE