

LAWRENCE S. LUSTBERG
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4731
llustberg@gibbonslaw.com

February 2, 2015

**FILED & SERVED ELECTRONICALLY**

Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King, Jr. Federal Building & Court House
50 Walnut Street
Newark, New Jersey 07102

**Re:**   **United States v. Keila Ravelo**
         **Case No.: 14-6800-01**

Dear Judge Hammer:

      On January 29, 2015, we submitted to Your Honor a proposed Consent Order allowing for the storage of defendant Keila Ravelo's painting, entitled "Stone's, Long Barrow." As the Court knows, this painting is currently being used to partially secure the defendant's appearance bond. As with the previously submitted Order, the enclosed Order permits the painting to be relocated from co-counsel Aidan O'Connor's law office to a fine art storage facility where it will remain, properly stored and fully insured, until this matter is resolved. Since submitting the proposed Order on January 29, it has been determined by the Gallery that will be responsible for storage of the painting that it will, in fact, store it at a different (but equally reputable) location, albeit at a somewhat lesser cost. The enclosed Order reflects this ministerial change. We therefore request that Your Honor sign the enclosed Order, and disregard the Order submitted to the Court on January 29, 2015.

      Of course, if Your Honor has any questions or concerns with regard to this issue, please do not hesitate to contact me. Thank you again for your kind consideration of this matter.

      Respectfully submitted,

      s/Lawrence S. Lustberg
      Lawrence S. Lustberg
      GIBBONS, P.C.
      One Gateway Center
      Newark, New Jersey 07102-5310
      (973) 596-4500

**cc:**   **Andrew Kogan, Assistant U.S. Attorney (via ECF)**
         **Aidan P. O'Connor, Esq. (via ECF)**
         **Steven H. Sadow, Esq.**