Lawrence S. Lustberg, Esq.
Jake Goodman, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
(973) 596-4500
llustberg@gibbonslaw.com
*Attorneys For Defendant Keila Ravelo*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KEILA RAVELO,**<br><br>**Defendant** | Hon. Michael A. Hammer<br><br>Criminal No. 14-6800-01<br><br>**AMENDED ORDER MODIFYING CONDITIONS OF RELEASE** |

**THIS MATTER** having come before the Court upon the application of Gibbons P.C. (Lawrence S. Lustberg, Esq. and Jake Goodman, Esq., appearing), counsel for defendant Keila Ravelo, and the Court having considered the submission of defendant Ravelo and the arguments of counsel, and for good cause shown,

IT IS on this __18__ day of March, 2015,

**ORDERED** that the Order Setting Conditions of Release as to defendant Ravelo, dated December 22, 2014 and modified thereafter on January 9, 2015 and February 19, 2015, be and it hereby is further modified as follows:

1. Defendant Ravelo be and she hereby is permitted to travel to Bradenton, Florida for the purpose of visiting her children and is no longer subject to the Order limiting her from traveling more than once per month.

2. While in Florida, defendant Ravelo shall be subject to supervision by the United States Office of Pretrial Services in the Middle District of Florida.

3. At least three days prior to any travel, defendant must provide an itinerary of her flight schedule to the Government and to Pretrial Services in both the District of New Jersey and the Middle District of Florida, any of whom may request the opportunity to be heard by the Court as to any specific concern with regard to defendant Ravelo's travel, *i.e.*, that such travel will pose a risk to her appearance in Court as required or to the safety of the community.

4. Within three hours of her departure from either New Jersey or Florida, defendant must provide notice of her departure to the United States Office of Pretrial Services in the District (either the District of New Jersey or the Middle District of Florida) from which she is departing.

5. Within three hours of her arrival in either Florida or New Jersey, defendant Ravelo must provide notice of her arrival to the United States Office of Pretrial Services in the District (either the Middle District of Florida or the District of New Jersey) in which she is arriving.

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed shall remain in full force and effect.

Honorable Michael A. Hammer
United States Magistrate Judge