# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEILA RAVELO<br><br>Defendant. | Magistrate No.: 14-6800-01<br><br>**CONSENT ORDER MODIFYING CONDITIONS OF RELEASE** |

**THIS MATTER** having come before the Court on the application of defendant Keila Ravelo, by Gibbons P.C. (Lawrence S. Lustberg, Esq., and Jake Goodman, Esq., appearing), and with the consent of the United States, by Andrew Kogan, Assistant U.S. Attorney, and of the United States Office of Pretrial Services, and for good cause shown:

IT IS on this ___12th___ day of June, 2015,

**ORDERED** that the Order Setting Conditions of Release, dated December 22, 2014, as to defendant be and it hereby is modified as follows:

Upon providing her travel itinerary to the United States Office of Pretrial Services, defendant is hereby permitted to travel to Scranton, Pennsylvania from June 15, to June 16, 2015, and to Northborough, Massachusetts from June 16, to June 17, 2015 for the purpose of bringing her minor son to baseball tryouts; and

**IT IS FURTHER ORDERED** that all other conditions of release previously imposed shall remain in full force and effect.

_____
Honorable Michael A. Hammer
United States Magistrate Judge